AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| A.T., an infant by his mother and natural guardian, China Rogers, and China Rogers, Individually <br><br> *Plaintiff(s)* <br> v. <br> United States of America, Zahra Virani, M.D. and Stevenson Family Health Center <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* United States of America, Zahra Virani, M.D. and Stevenson Family Health Center
c/o Geoffrey S. Berman
United States Attorney
Southern District of New York
86 Chambers Street, 3rd Fl.
New York, NY 10007

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Silver & Kelmachter, LLP
11 Park Place, Suiter 1503
New York, NY 10007

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____02/03/2020_____   _____
*Signature of Clerk or Deputy Clerk*