# SILVER & KELMACHTER, LLP
ATTORNEYS AT LAW
11 PARK PLACE
SUITE 1503
NEW YORK, NY 10007

Perry D. Silver
Leslie D. Kelmachter

Damon J. Velardi
Maria P. White
Sameer Nath
Sharon Cheren

TELEPHONE: 212-661-8400
FAX: 212-661-1242

Judge Jesse M. Furman
United States District Court
Southern District of New York
40 Foley Square
New York, NY 11201

> Defendants' motion is granted on consent as to all Defendants other than the United States and as to the informed-consent claim. Plaintiffs are granted an extension nunc pro tunc to August 14, 2020, to file and amended complaint against the United States consistent with the foregoing. The United States shall answer or move within three weeks of the amended complaint being filed. The Clerk of Court is directed to terminate ECF Nos. 14 & 20 and all Defendants other than the United States. SO ORDERED.
>
> August 10, 2020

Re: **A.T., et al. v. United States of America, et al.**
**Civil Action No. 1:20-CV-00920-JMF**

Dear Judge Furman:

We represent the infant plaintiff A.T. and his mother, the plaintiff China Rogers, in the above-captioned matter. I am filing this letter in response to the Order to Show Cause which was filed on August 5, 2020, and the immediate prior motion of the Defendants, to advise the Court that Plaintiff intends to proceed with the above action only as to the Defendant United States of America. Thus, Plaintiff does not oppose Defendants' motion to partially dismiss the case as to all other defendants, except the United States of America.

This action is consistent with the assumption that defendants were acting within the scope of their employment in a federally-funded clinic at the time that the subject medical treatment was rendered. In addition, the Plaintiffs do not oppose defendants' motion to dismiss plaintiffs' cause of action which is based on a claim of a lack of informed consent.

We acknowledge that we are already past the date by which an Amended Complaint was supposed to have been filed, consistent with the case proceeding against the United States of America, only. We apologize to the Court and to defense counsel that this date was not properly calendared by our office, and that is why the date was unfortunately missed. Our entire staff has been and still is working remotely from their homes due to the current pandemic, and certain things have not been accomplished as efficiently as when we were working together in our office. I hope that the court will consider this to be a "reasonable excuse," and I regret that the mistake was made. I am requesting that the court grant an extension of the timeframe for filing the Amended Complaint for a period of one week, and we assure that this will be accomplished. I regret any inconvenience which this inadvertent error may have caused to all concerned.

Very truly yours,

/s/ Perry D. Silver
Perry D. Silver

(mpo)