UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
          :
A.T. et al.,          :
          :
         Plaintiffs,       :        20-CV-920 (JMF)
          :
    -v-          :        <u>ORDER</u>
          :
UNITED STATES,         :
          :
        Defendant.      :
          :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      On September 3, 2020, Defendant United States filed an Answer to Plaintiffs' First Amended Complaint. ECF No. 23. In light of that, Counsel should submit their proposed case management plan and joint letter by September 22, 2020, in accordance with the Court's earlier Scheduling Order. *See* ECF No. 8. In their joint letter, the parties should also indicate whether they can do without a conference altogether. If so, the Court may enter a case management plan and scheduling order and the parties need not appear. If not, the Court will schedule an initial conference to be conducted by telephone. To that end, counsel should indicate in their joint letter three to four dates and times during the months of September and October that they would be available for a telephone conference. In either case, counsel should review and comply with the Court's Emergency Individual Rules and Practices in Light of COVID-19, available at https://nysd.uscourts.gov/hon-jesse-m-furman.

      SO ORDERED.

Dated: September 10, 2020        _____
      New York, New York           JESSE M. FURMAN
                           United States District Judge